In the

# United States Court of Appeals

## For the Eleventh Circuit

--------------------------------------

No. 24-10516

--------------------------------------

WINSTON LLOYD HAYLES,

*Petitioner,*

*versus*

U.S. ATTORNEY GENERAL,

*Respondent.*

--------------------------------------

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A079-401-949

--------------------------------------

ORDER:

The parties are directed to file supplemental letter briefs of no more than 1,000 words, by March 23, 2026, addressing the following:

A withholding of removal claim involves "questions of law and fact . . . arising from any action taken or proceeding brought to remove an alien." *Nasrallah v. Barr*, 590 U.S. 573, 579–80 (2020) (quoting 8 U.S.C. § 1252(b)(9)). Judicial review of such questions

"shall be available only in judicial review of a final order." 8 U.S.C. 1252(b)(9). When the final order of removal is by reason of having committed an aggravated felony, 8 U.S.C. 1227(a)(2)(A)(iii), we have jurisdiction to review only "constitutional claims or questions of law raised upon a petition for review." 8 U.S.C. 1252(a)(2)(D).

Hayles's "petition for review" does not mention a removal order and is, instead, directed at the order denying withholding of removal.

1. Does the "petition for review" in this case raise "constitutional claims or questions of law" with respect to a "final order" of removal?

2. Assume the answer to question 1 is "no." Do we have jurisdiction to address Hayles's brief's arguments about the removal order or the withholding of removal order? *See Riley v. Bondi*, 606 U.S. 259, 281 (2025) (Thomas, J., concurring) ("[W]e have never held that judicial review of CAT orders is available when an alien does not petition for review of a final order of removal.").

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION